FILED

2015 DEC 16 PM 3:20

TH

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. GERMAN A. GARCIA-PARDO (2), Defendant. | Case No. 98cr3058-BEN<br><br>ORDER AND JUDGMENT TO DISMISS THE INDICTMENT AND RECALL ARREST WARRANT |
|---|---|

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against GERMAN A. GARCIA-PARDO (2) be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 12/14/15

HONORABLE ROGER T. BENITEZ
United States District Court